UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE WEAVER, | ) | 1:06-CV-00471-AWI-LJO-P |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS |
| v. | ) | (DOCUMENT #5) |
| CALIFORNIA CORRECTIONAL INSTITUTION CONFINEMENT SHU, | ) | |
| Defendant. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 19, 2006, plaintiff filed a motion to extend time to file objections to the Magistrate's findings and recommendations of June 8, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted TWENTY (20) days from the date of service of this order in which to file objections to the Magistrate's findings and recommendations of June 8, 2006.

IT IS SO ORDERED.

**Dated:   July 26, 2006**              /s/ Lawrence J. O'Neill
b6edp0                                   UNITED STATES MAGISTRATE JUDGE