UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, | 1:06-cv-00471-AWI-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 4) |
| vs. | **ORDER DISMISSING ENTIRE ACTION** |
| CALIFORNIA CORRECTIONAL INSTITUTION CONFINEMENT SHU, | |
| Defendant. | |

Willie Weaver ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 8, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  On June 19, 2006, Plaintiff filed a motion to extend time. On July 26, 2006, the Court granted Plaintiff an additional twenty (20) days within which to respond.  On August 11, 2006,

1

Plaintiff filed Objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.  Plaintiff's objections do not offer any reason why this action should not be dismissed as duplicative of another action.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 8, 2006, are ADOPTED IN FULL; and,

2. The instant case is DISMISSED in its entirety as DUPLICATIVE of case no. CV-F-06-429-AWI-SMS-P, CV-F-06-441-OWW-SMS-P, FAILS TO STATE A CLAIM upon which relief can be granted and because the allegations made are FRIVOLOUS.

IT IS SO ORDERED.

**Dated:    October 3, 2006**                        **/s/ Anthony W. Ishii**
0m8i78                                                              UNITED STATES DISTRICT JUDGE